UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00035-JHC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| BRETT ALLEN GILLETTE, | |
| Defendant. | |

Before the Court is the Government's Unopposed motion for extension of time. Dkt. # 32. After reviewing the motion and the supporting Declaration at Dkt. # 33, for the reasons stated in the motion, the Court GRANTS it.

The Court DIRECTS the Clerk to renote Defendant's Motion to Compel Discovery, Dkt. # 31, for December 18, 2024.

The Court ORDERS that:

The government's opposition is due December 13, 2024.

Defendant's optional reply brief is due December 18, 2024.

ORDER - 1

Dated this 6th day of December, 2024.

                                            John H. Chun
                                            United States District Judge

ORDER - 2