UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00035-JHC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BRETT ALLEN GILLETTE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Defendant objects in part to the proposed special conditions of supervision. Dkt. # 49 at 3-4. The Court DIRECTS the parties to be prepared to address this issue at the sentencing hearing on May 15, 2025, and to review *United States v. Gnirke*, 775 F.3d 1155 (9th Cir. 2015), before the hearing.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

//

//

//

MINUTE ORDER - 1

Dated this 13th day of May 2025.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2