UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRETT ALLEN GILLETTE,<br><br>Defendant. | NO. CR24-035-JHC<br><br>FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") for the following property, (the "Subject Property"), Dkt. # 56, which has been preliminarily forfeited by Defendant Brett Allen Gillette:

- A Samsung Galaxy S20 Model SM-G781U smartphone, seized from Defendant's storage locker in Bellevue, Washington, on or about September 6, 2023.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On March 11, 2025, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting Defendant's interest in it to the United States. Dkt. No. 47;

- The United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 51);
- The United States reviewed the underlying investigative material and did not identify any potential claimants to the Subject Property to whom direct notice should be sent, per Fed. R. Crim. P. 32.2(b)(6)(A); and
- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States.

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Homeland Security, Immigration and Customs Enforcement, and/or their representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 10th day of June, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Gillette*, CR24-035-JHC